```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 31112
   STEVEN LUNN
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-3902


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/14/2008 and was not confirmed.

     The case was dismissed without confirmation 01/26/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------------
CITI MORTGAGE              CURRENT MORTG         .00          .00            .00
CITI MORTGAGE              MORTGAGE ARRE    30000.00          .00            .00
COUNTRYWIDE HOME LOANS     CURRENT MORTG         .00          .00            .00
INLAND BANK & TRUST        CURRENT MORTG         .00          .00            .00
INLAND BANK & TRUST        MORTGAGE ARRE     4549.52          .00            .00
LASALLE BANK               CURRENT MORTG         .00          .00            .00
PRAIRIE TRAIL CREDIT UNI   SECURED VEHIC         .00          .00            .00
PRAIRIE TRAIL CREDIT UNI   UNSECURED       NOT FILED          .00            .00
AMER GEN FIN               UNSECURED       NOT FILED          .00            .00
PRA RECEIVABLES MGMT       UNSECURED         1575.02          .00            .00
AMERICAN TRUCKERS          UNSECURED       NOT FILED          .00            .00
DELL FINANCIAL SERVICES    UNSECURED       NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED       NOT FILED          .00            .00
PRAIRIE TRAIL CREDIT UNI   UNSECURED       NOT FILED          .00            .00
PRAIRIE TRAIL CREDIT UNI   UNSECURED       NOT FILED          .00            .00
SAMS CLUB                  UNSECURED       NOT FILED          .00            .00
PRAIRIE TRAIL CREDIT UNI   SECURED NOT I    2475.01           .00            .00
PRAIRIE TRAIL CREDIT UNI   SECURED NOT I    2196.75           .00            .00
INLAND BANK & TRUST        MORTGAGE NOTI  NOT FILED           .00            .00
ERNESTO D BORGES JR        DEBTOR ATTY          .00                          .00
TOM VAUGHN                 TRUSTEE                                           .00
DEBTOR REFUND              REFUND                                            .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 31112 STEVEN LUNN
```

```
                           ---------------       ---------------
TOTALS                                 .00                   .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/05/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```